UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE
RAY ANTHONY FORE                                        CASE NO. 07-10166-WSS-13
REGINA FORE
Debtor(s)

## ORDER

This matter is before the Court upon the Chapter 13 Trustee's motion to reduce and allow Deutsche Bank/American Home Mortgage's claims for the amounts paid. The Trustee received refunds and notice that relief had been granted. To date, the Chapter 13 Trustee has disbursed a total of $3,449.17 on ECF claim 3 and $1,782.79 on ECF claim 8. No notice was given or is necessary. The Court finds that these claims shall be reduced and allowed.

It is hereby **ORDERED**, that ECF Claim 3, filed in the amount of $24,433.44 and ECF Claim 8, filed in the amount of $12,629.09 are **REDUCED** and **ALLOWED** for the amounts paid.

Dated: June 7, 2010

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE

Account #0000004000628430
Trustee claims 2 & 9

Case 07-10166    Doc 74    Filed 06/07/10    Entered 06/07/10 14:29:38    Desc Main
Document    Page 1 of 1